# United States Court of Appeals
## FOR THE EIGHTH CIRCUIT

_____

No. 99-3500

_____

Abdul Aziz            *
                            *
         Appellant,        *
                            *    Appeal from the United States
     v.                        *    District Court for the
                            *    Eastern District of Arkansas.
University of Arkansas at Little Rock,    *
                            *       [UNPUBLISHED]
         Appellee.         *

_____

Submitted:  December 17, 1999
Filed:   January 10, 2000

_____

Before McMILLIAN, RICHARD S. ARNOLD, and HANSEN, Circuit Judges.

_____

PER CURIAM.

Abdul Aziz appeals from the district court's[1] adverse grant of summary judgment and denial of reconsideration in his Title VII action. Because we agree that the lawsuit was barred for failure to exhaust administrative remedies, we affirm the judgment of the district court. See 8th Cir. R. 47B.

_____

[1]The Honorable William R. Wilson, Jr., United States District Judge for the Eastern District of Arkansas.

A true copy.

Attest:

       CLERK, U.S. COURT OF APPEALS, EIGHTH CIRCUIT.